UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. G07-22394-REB |
| | : | |
| CARROLL'S MACHINE | : | CHAPTER 7 |
| & MFG. CO., INC., | : | |
| | : | |
| Debtor. | : | JUDGE BRIZENDINE |

### ORDER CLOSING CASE

Pursuant to a motion filed by Weinberg & Co., Inc. on May 8, 2008, and subsequent to a hearing held on June 19, 2008, the Court entered an Order on July 1, 2008 granting the motion and reopening the above-styled case. Before the Court on June 4, 2009 in a contested matter herein were the motion of Movant Weinberg & Co., Inc. for contempt against Respondent Jan Van Eck, filed on April 17, 2009, and the motion of Mr. Van Eck for protective order as filed on June 2, 2009.

Upon the case being called and upon a review of the case file, for the reasons as stated on the record, which are incorporated herein under Fed.R.Bankr.P. 9014(c) and Fed.R.Bankr.P. 7052, the Court on a *sua sponte* basis directed that this case be closed. The Court made no ruling on the motions as scheduled before the Court at said hearing, and the Court considers said motions to be moot by reason of entry of this Order. Accordingly, it is

**ORDERED** that the above-styled Chapter 7 case be, and the same hereby is, **closed** and the Clerk of this Court be, and hereby is, **authorized** and **directed** to close this case in the appropriate manner.

The Clerk is further directed to serve a copy of this Order upon the Debtor, Jan Van Eck, counsel for Weinberg & Co., Inc., the Chapter 7 Trustee, the U.S. Trustee, and all creditors and parties in interest herein.

**IT IS SO ORDERED.**

At Atlanta, Georgia, this _5th_ day of June, 2009.

_____
ROBERT E. BRIZENDINE
UNITED STATES BANKRUPTCY JUDGE